UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA



FILED
SEP 18 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. <u>Nathan Shanklin</u>   Docket No. <u>1:13MJ330</u>

Addendum to
Petition on Probation

**MANDATORY CONDITION:** COMMISSION OF A CRIME – FELON IN POSSESSION OF WEAPON OR AMMO (NOT GUN); POSSESSION OF A GUN WHILE SELLING A SCHEDULE I / II DRUG; NON-VIOLENT FELON IN POSSESSION OF A GUN WITHIN 10 YEARS.

On April 23, 2015, the undersigned submitted a violation report which alleged the defendant violated the terms and conditions of supervision by incurring the following new criminal charge: Distribution or Selling a Schedule I or II Controlled Substance; and Manufacturing or Distributing a Scheduled I or II Controlled Substance, 3rd Offense. On September 17, 2015, the undersigned received notification Mr. Shanklin has also been charged with Felon in Possession of Weapon or Ammo (Not Gun); Possession of a Gun While Selling a Schedule I/II Drug; and Non-violent Felon in Possession of a Gun Within 10 Years by the Westmoreland County Sheriff's Office. This officer was advised these new charges were added to the offense conduct reported to the Court in the petition submitted on April 23, 2015. Currently, these matters are scheduled to be heard before the Westmoreland County Circuit Court on November 6, 2015.

ORDER OF COURT

Considered and ordered this <u>18th</u> day of <u>September</u>, <u>2015</u>, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

<u>/s/</u>
Ivan D. Davis
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>9/17/15</u>

<u>Frank Weaver</u>
Fran k Weaver
U.S. Probation Officer
703-299-2336

Place <u>Alexandria, Virginia</u>