IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:13-mj-330 |
| | ) | |
| NATHAN SHANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
IN OPEN COURT

SEP 13 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## MOTION TO DISMISS PETITION AND ADDENDUM AND TO RECALL AND QUASH ARREST WARRANT

Pursuant to Federal Rule of Criminal Procedure 48(a), because the ends of justice are best served by this dismissal, the United States hereby moves to dismiss this matter with prejudice and to recall and quash the associated arrest warrant for the defendant, NATHAN SHANKLIN.

Respectfully submitted,

Jessica D. Aber
United States Attorney

_____/s/_____

Noah B. Sissoko
Special Assistant United States Attorney
Tony Roberts
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3706
Fax:    (703) 299-3980
Email:  Noah.Sissoko@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 13, 2024, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record. I also certify that on September 13, 2024, I will send a copy of the foregoing via email to Frank Weaver, United States Probation Officer.

By: _____/s/_____
Noah B. Sissoko
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office: (703) 299-3706
Fax: (703) 299-3980
Email: Noah.Sissoko@usdoj.gov