```
IN THE UNITED STATES DISTRICT COURT FOR THE
          EASTERN DISTRICT OF VIRGINIA

                 Alexandria Division
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.1:13-mj-330 |
| | ) | |
| | ) | |
| NATHAN SHANKLIN | ) | |
|     Defendant. | ) | |

<u>ORDER</u>

This matter came on for an initial hearing before the undersigned Magistrate Judge on a Petition on Probation (Dkt. No. 19) and Addendum to Petition on Probation (Dkt. No. 22) which allege the defendant, Nathan Shanklin violated certain terms of his probation imposed by the Honorable Ivan D. Davis. The United States was represented by its attorney, Noah Sissoko, and the defendant appeared through his counsel Cadence Mertz of the Federal Public Defender's Office.

At the hearing on September 13, 2024, the defendant was informed of his rights and the nature of the alleged violations. The United States moved to dismiss the matter, wherefore, it is hereby

ORDERED the Petition and Addendum are dismissed and defendant shall be released from the custody of the United States Marshal Service following his transportation back to the Northern Neck Regional Jail.

Entered this 13th day of September 2024.

Alexandria, Virginia

*Lindsey R. Vaala*
Lindsey R. Vaala
United States Magistrate Judge